ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
ROBERT F. CONTE (SBN 157582)
Assistant United States Attorney
  Room 7211 Federal Building
  300 North Los Angeles Street
  Los Angeles, CA 90012
  Telephone: (213) 894-6607
  Facsimile: (213) 894-0115
  Email: Robert.Conte@usdoj.gov

Attorneys for the United States of America

E-FILED 02/10/14

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

United States of America,

  Petitioner,

  vs.

Royce Gracie and Marianne Cuttic,

  Respondents.

Case No. CV14-475 PSG (PLAx)

[Proposed] Order to Show Cause

Based upon the Petition to Enforce Internal Revenue Service Summonses, Memorandum of Points and Authorities, and supporting Declaration, the Court finds that Petitioner has established a *prima facie* case for judicial enforcement of the subject Internal Revenue Service (IRS) summonses. See United States v. Powell, 379 U.S. 48, 57-58, 85 S.Ct. 248, 255, 13 L.Ed.2d 112, 119 (1964).

**IT IS ORDERED** that Respondents appear before this District Court of the United States for the Central District of California, at the following date, time, and address, to show cause why the testimony and production of books, papers,

1 | records, and other data demanded in the subject IRS summonses should not be
2 | compelled:
3 | Date:            Monday, March 24, 2014
4 | Time:            1:30 pm
5 | Courtroom:       880
6 | Address:         ☐ United States Courthouse
7 |                     312 North Spring Street, Los Angeles, California, 90012
8 |                  ☒ Roybal Federal Building and United States Courthouse
9 |                     255 E. Temple Street, Los Angeles, California, 90012
10 |                 ☐ Ronald Reagan Federal Building and United States Courthouse
11 |                    411 West Fourth Street, Santa Ana, California, 92701
12 |                 ☐ Brown Federal Building and United States Courthouse
13 |                    3470 Twelfth Street, Riverside, California, 92501
14 |
15 |        **IT IS FURTHER ORDERED** that copies of the following documents be served
16 | on Respondents (a) by personal delivery, (b) by leaving a copy at Respondents'
17 | dwelling or usual place of abode with someone of suitable age and discretion who
18 | resides there, or (c) by certified mail:
19 |    1. This Order; and
20 |    2. The Petition, Memorandum of Points and Authorities, and accompanying
21 |       Declaration.
22 | Service may be made by any employee of the IRS or the United States Attorney's
23 | Office.
24 |        **IT IS FURTHER ORDERED** that within ten (10) days after service upon
25 | Respondents of the herein described documents, Respondents shall file and serve
26 | a written response, supported by appropriate sworn statements, as well as any
27 | desired motions. If, prior to the return date of this Order, Respondents file a
28 | response with the Court stating that Respondents do not oppose the relief sought

in the Petition, nor wish to make an appearance, then the appearance of Respondents at any hearing pursuant to this Order to Show Cause is excused, and Respondents shall comply with the summons within ten (10) days thereafter.

**IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings will be considered on the return date of this Order. Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within ten (10) days after service of the herein described documents will be considered by the Court. All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

DATED: 2/10/14

# PHILIP S. GUTIERREZ

U.S. DISTRICT COURT JUDGE

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
　　/S/ RC
ROBERT F. CONTE
Assistant United States Attorney
Attorneys for United States of America